CAMPBELL v. ROBERT BOSCH CORP.

No. 192P96

Case below: 122 N.C.App. 395

Petition by plaintiff for discretionary review pursuant to G.S 7A-31 denied 12 June 1996.

CITY OF CONCORD v. DUKE POWER CO.

No. 196PA96

Case below: 122 N.C.App. 248

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1996.

CITY OF GREENSBORO v. PEARCE

No. 121PA96

Case below: 122 N.C.App. 582

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1996.

CORNETT v. PATTERSON BUICK

No. 21P96

Case below: 122 N.C.App. 216

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

EVANS v. COWAN

No. 213P96

Case below: 122 N.C.App. 181

Notice of appeal by Attorney General (substantial constitutional question) retained 12 June 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.